EDWARD A. KUNNES (SBN 160632)
**FIDELITY NATIONAL LAW GROUP**
A Division of Fidelity National Title Group, Inc.
1550 Parkside Drive, Ste. 300
Walnut Creek, CA 94596
Telephone: (925) 930-9550
Facsimile: (925) 817-3704

Attorney for Appellants Fidelity National Title
Insurance Company; Fidelity National Title Group, Inc.;
Fidelity National Law Group and Glen Olives

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bankruptcy Case No.:    11-12469 |
| PAT NOBRIGA and LEE NOBRIGA, | Case No. 14-00167-JSW |
| Debtors. | **CORPORATE DISCLOSURE STATEMENT** |

Fidelity National Title Insurance Company is a subsidiary of Fidelity National Title

Group, Inc. which is owned by the publically traded company Fidelity National Financial, Inc.

(FNF).   Fidelity National Law Group is the law division of Fidelity National Title Group, Inc.

Dated: February 5, 2014                         /s/ Edward Kunnes

                                                EDWARD KUNNES
                                                Attorney for FIDELITY NATIONAL
                                                TITLE INSURANCE COMPANY;
                                                FIDELITY NATIONAL TITLE
                                                GROUP, INC.;FIDELITY NATIONAL
                                                LAW GROUP and GLEN OLIVES