HELEN P. HOEFFEL (SBN 175164)
FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National Title Group, Inc.
1550 Parkside Drive, Ste. 300
Walnut Creek, CA 94596
Telephone: (925) 817-3719
Facsimile: (925) 817-3704

Attorney for Appellants Fidelity National Title
Insurance Company; Fidelity National Title Group, Inc.;
Fidelity National Law Group and Glen Olives

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PAT NOBRIGA and<br>LEE NOBRIGA,<br><br>Debtors.<br>_____<br><br>FIDELITY NATIONAL TITLE<br>INSURANCE COMPANY, et al.<br><br>                       Appellants,<br><br>v.<br><br>PAT NOBRIGA and LEE NOBRIGA<br>                       Appellees<br>_____ | Case No. 3:14-cv--00167-JD<br><br>Bankruptcy Case No.:   11-12469<br><br>**STIPULATION FOR DISMISSAL OF APPEAL and** ~~PROPOSED~~ **ORDER** |

## STIPULATION FOR DISMISSAL OF APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure, Rule 8001(c)(2), Appellants Fidelity National Title Insurance Company; Fidelity National Title Group, Inc., Fidelity National Law Group and Glen Olives and Debtors and Appellees Pat Nobriga and Lee Nobriga hereby stipulate to the dismissal of the

appeal and request this court to enter an order dismissing the appeal with prejudice, all parties to bear their own costs and fees.

| | |
|---|---|
| Dated: May 20, 2014 | /s/ Helen Hoeffel<br>HELEN HOEFFEL<br>Attorney for Appellants Fidelity National Title Insurance Company, Fidelity National Title Group, Inc., Fidelity National Law Group and Glen Olives |
| Dated: May 20, 2014 | /s/ Thomas F. Jeffrey<br>THOMAS F. JEFFRY<br>Attorney for Appellees Pat Nobriga and Lee Nobriga |

### [PROPOSED] ORDER

The appeal in the above captioned matter is dismissed with prejudice, all parties to bear their own costs and fees

**IT IS SO ORDERED.**

Dated: May 28, 2014

_____
JAMES DONATO
United States District Judge

*IT IS SO ORDERED. Judge James Donato*